IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS FABREGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-cv-650 |
| | ) |
| GLEN WAGNER AND WAGNER DEVELOPMENT COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Motion to Dismiss With Prejudice filed by Plaintiff Thomas Fabrega ("Fabrega"), the Court, having considered said motion, and being otherwise fully apprised of the circumstances in this cause, is of the opinion that said motion is well taken and should be, in all things is, granted. It is, therefore,

ORDERED that all claims that have been filed in this lawsuit by Fabrega against Defendants Glen Wagner and Wagner Development Company, Inc. be, and the same hereby are, dismissed with prejudice;

ORDERED that Fabrega, Glen Wagner, and Wagner Development Company, Inc. shall each bear their own costs and attorneys' fees; and

ORDERED that the Court retains jurisdiction to enforce the terms of the parties' settlement agreement, should the need arise.

IT IS SO ORDERED this __3rd__ day of _June_, 2024.

s/ Mark R. Hornak
UNITED STATES DISTRICT JUDGE